# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ASIA D. CROCKETT,**

      **Plaintiff,**

  v.                                                 **Case No.:  2:14-cv-856**
                                                        **JUDGE GEORGE C. SMITH**
                                                        **Magistrate Judge Deavers**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**


## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on January 8, 2015.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED**.

      The Clerk shall remove Documents 7 and 8 from the Court's pending motions list and enter final judgment in favor of Defendant.


          **IT IS SO ORDERED.**

                                                         */s/ George C. Smith*
                                                        **GEORGE C. SMITH, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**